**Order filed October 25, 2018.**



In The

# Fourteenth Court of Appeals

### No. 14-17-00878-CR
### NO. 14-17-00879-CR

## KRISTI RHODES DELAGARZA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause Nos. MD-0365735 and MD-365736**

## O R D E R

In cause number 14-17-00878-CR, trial court cause number MD-0365736, appellant was convicted by a jury of driving while intoxicated and the jury found that appellant had a prior conviction for the same offense. In cause number 14-17-00879-CR, trial court cause number MD-0365735, appellant was convicted by a jury of possession of less than 28 grams of a controlled substance in Penalty Group 3.

Appellant filed a brief on March 30, 2018 in which she raised a single issue related to her conviction for driving while intoxicated. Appellant did not raise a separate issue challenging her conviction for possession of less than 28 grams of a controlled substance in Penalty Group 3 in cause number 14-17-00879-CR.

We advised the parties on July 24, 2018 that appellant's counsel James M. Bennet's failure to raise any issues addressing the evading arrest or detention with previous conviction without following the procedures of *Anders v. California*, 386 U.S. 738, 742–44 (1967) deprives appellant of effective assistance of counsel. We ordered Bennett to file an amended brief in compliance with the appellate rules and the *Anders* procedure by August 23, 2018. Because Bennett neither filed an amended brief nor responded to our notice that the amended brief was past due, we abated the case on September 18, 2018, and ordered the trial court to conduct a hearing to determine whether appellant desires to prosecute her appeals, whether she is indigent, the reason for the failure to file an amended brief, and a date certain when appellant's amended brief would be filed.

Bennett failed to appear at the hearing on October 3, 2018. The trial court determined that appellant remains indigent and desires to prosecute appeals from both convictions. The trial court accordingly removed Bennett from the case, and on October 8, 2018, appointed Zachary S. Maloney to represent appellant. On October 9, 2018, the trial court's findings of fact and conclusions of law were filed in this Court; however, the findings do not state a date certain on which the amended brief will be filed.

We accordingly reinstate this consolidated appeal on the Court's active docket and order appellant's counsel Zachary S. Maloney to file in this Court, on or before **November 26, 2018**, an amended brief complying with the appellate rules and the *Anders* procedure and addressing both of appellant's convictions.

PER CURIAM